IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. ROSENBERG,

      Plaintiff,                No. CIV S-01-1540 GEB GGH PS

    vs.

GRAY DAVIS, et al.,

      Defendants.        <u>ORDER</u>

_____/

         Pursuant to order filed August 9, 2001, plaintiff was to file an amended complaint within thirty days.  To date, an amended complaint has not been filed.

         IT IS HEREBY ORDERED that plaintiff is to file an amended complaint within thirty days of the filed date of this order. Failure to comply with this order could result in dismissal of the case.

DATED: 8/5/05

                  /s/ Gregory G. Hollows

                  _____
                  GREGORY G. HOLLOWS
                  UNITED STATES MAGISTRATE JUDGE

GGH:035
rosenberg.ord

1